IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-819-FDW-DCK

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| AMERICAN AIRLINES GROUP INC., and DOES 1-10, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) filed by John R. Buric, concerning Paul T. Llewellyn, on December 12, 2023. Paul T. Llewellyn seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 4) is **GRANTED**. Paul T. Llewellyn is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 12, 2023

David C. Keesler
United States Magistrate Judge