| STATE OF NORTH CAROLINA | DESIGNATION OF SECURE LEAVE |
| --- | --- |
| | FOR JOHN ROBERT BURIC |
| VARIOUS COUNTIES | N.C.S.B. #22688 |

Pursuant to Amended Rule 26 of the North Carolina Rules of Practice of the Superior and District Courts, and Rule 33-A of the Rules of Appellate Procedure, the undersigned attorney hereby supplies the following information and makes the following designation of a secure leave period.

1. I hereby designate the following secure leave period:

- **May 27, 2024 – June 12, 2024**

2. The secure leave period is not being designated for the purpose of delaying, hindering or interfering with the timely disposition of any matter in any pending action or proceeding.

3. No action or proceeding in which I have entered an appearance has been scheduled, peremptorily set, or noticed for trial, hearing, deposition, or other proceeding during the designated secure leave period.

This the 8th day of January, 2024.

JAMES, McELROY & DIEHL, P.A.

By: _____
John R. Buric, N.C. State Bar No. 22688
jburic@jmdlaw.com
525 North Tryon Street, Suite 700
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Facsimile: (704) 333-5508

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DESIGNATION OF SECURE LEAVE** has been served upon the following counties by depositing a copy of same in the United States Mail, sufficient postage prepaid, addressed as follows:

Avery County Clerk of Court
PO Box 115
Newland, NC 28657

Buncombe County Clerk of Court
60 Court Plaza
Asheville, NC 28801

Cabarrus County Clerk of Court
PO Box 70
Concord, NC 28026

Caseflow Management
Attn: Secured Leave
Trial Court Administrator's Office
832 E. 4th Street, Suite 3420
Charlotte, NC 28202

Cherokee County Clerk of Court
75 Peachtree St
Murphy, NC 28906

Forsyth County Clerk of Court
PO Box 20099
Winston-Salem, NC 27120

Iredell County Clerk of Court
226 Stockton St.
Statesville, NC 28677

Lincoln County Clerk of Court
PO Box 8
Lincolnton, NC 28093

Mecklenburg County Clerk of Court
832 E. 4th Street
Charlotte, NC 28202

New Hanover County Clerk of Court
PO Box 2023
Wilmington, NC 28402

Pender County Clerk of Superior Court
PO Box 310
Burgaw, NC 28425

Stanly County Clerk of Court
PO Box 668
Albemarle, NC 28002

Swain County Clerk of Court
PO Box 1397
Bryson City, NC 28713

Union County Clerk of Court
PO Box 5038
Monroe, NC 28112

North Carolina Business Court
832 E. 4th Street, Suite 9600
Charlotte, NC 28202

Middle District of North Carolina
Attn: Clerk of Court
324 W. Market Street
Greensboro, NC 27401

Western District of North Carolina
Attn: Clerk of Court
401 West Trade Street, Suite 1200
Charlotte, NC 28202

U.S Bankruptcy Court of Court
Western District of North Carolina
401 West Trade Street, Suite 2500
Charlotte, NC 28202

Fourth Circuit Court of Appeals
Attn: Clerk of Court
1100 East Main Street, Suite 501
Richmond, VA 23219

This the 8th day of January, 2024.

JAMES, McELROY & DIEHL, P.A.

By: _____
John R. Buric, N.C. State Bar No. 22688
jburic@jmdlaw.com
525 North Tryon Street, Suite 700
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Facsimile: (704) 333-5508