IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-819-FDW-DCK

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES GROUP, INC.<br>and DOES 1-10,<br><br>    Defendant. | NOTICE OF APPEARANCE |

Kayla J. Jones of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP submits their Notice of Appearance as local counsel for American Airlines Group, Inc. in the above-captioned lawsuit.

This 12th day of January 2024.

                                            **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                            /s/ Kayla J. Jones
                                            Kayla J. Jones, N.C. Bar 54874
                                            525 North Tryon Street, Suite 1600
                                            Charlotte, NC 28202
                                            T: 704-302-1281
                                            F: 704-302-1331
                                            E: Kayla.Jones@wilsonelser.com
                                            *Attorneys for American Airlines Group, Inc.*

## CERTIFICATE OF SERVICE

      This is to certify that the undersigned caused the foregoing **NOTICE OF APPEARANCE** to be filed and served on all counsel of record using the CM/ECF filing system:

John R. Buric
James McElroy & Diehl, P.A.
525 North Tryon Street, Suite 700
Charlotte, North Carolina 28202
Phone: 704-372-9870
Facsimile: 704-333-5508
jburic@jmdlaw.com
*Counsel for Plaintiff*

    This 12th day of January 2024.

                              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                              /s/ Kayla J. Jones
                              Kayla J. Jones, N.C. Bar 54874
                              525 North Tryon Street, Suite 1600
                              Charlotte, NC 28202
                              T: 704-302-1281
                              F: 704-302-1331
                              E: Kayla.Jones@wilsonelser.com
                              *Attorneys for American Airlines Group, Inc.*