IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-819-FDW-DCK

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   **ORDER** |
| | ) |
| AMERICAN AIRLINES GROUP INC. | ) |
| and DOES 1-10, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Kayla J. Jones, concerning Chandler M. Teraoka, on January 9, 2024. Chandler M. Teraoka seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Chandler M. Teraoka is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: January 14, 2024

David C. Keesler
United States Magistrate Judge