IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JANE DOE, BY AND THROUGH HER PARENTS, JANE ROE AND JOHN ROE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES GROUP INC., AND DOES 1-10,<br><br>Defendants. | CASE NO. 3:23-cv-819<br><br><br>DEFENDANT AMERICAN AIRLINES GROUP INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY |

NOW COMES Defendant American Airlines Group, Inc. (hereafter "This Defendant"), by and through their undersigned their attorney Kathryn A. Grace, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, and in response to Plaintiff's *Motion for Leave to Conduct Early Discovery*.

1. On January 16, 2024, Plaintiff filed a *Motion for Leave to Conduct Early Discovery*, seeking the identities of American Airlines employees and the personnel file of Doe Defendant 1. (Document No. 14).

2. In a good faith effort to resolve the dispute raised in Plaintiff's Motion, the undersigned counsel for this Defendant offered to provide the identity of each of the crew members on the flight that is the subject of Plaintiff's Complaint and offered to accept service for those that remain employed with this Defendant.

3. It is this Defendant's position that by providing Plaintiff with the requested information needed to amend and serve their Complaint, the relief sought in Plaintiff's Motion is moot.

4. This Defendant contends that all other discovery in this case should proceed as the rules dictate.

5. This Defendant has no objection to Plaintiff's alternative request for a 90-day extension of time for service pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

For the reasons stated above, Defendant American Airlines Group, Inc. respectfully requests that the Court find that the relief sought in Plaintiff's *Motion for Leave to Conduct Early Discovery* has been provided, and therefore Plaintiff's Motion is Moot.

Respectfully submitted this 30th day of January 2024.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/* Kathryn A. Grace
Kathryn A. Grace, N.C. Bar 52926
Kayla J. Jones, N.C. Bar 54874
525 North Tryon Street, Suite 1600
Charlotte, NC 28202
T: 704-302-1330
F: 704-302-1331
E: Kayla.Jones@wilsonelser.com
Kathryn.Grace@wilsonelser.com
*Attorneys for Defendant American Airlines Group, Inc.*

/s/ Patrick J. Kearns
Patrick J. Kearns, CA State Bar No. 241602
*Admitted Pro Hac Vice*
Chandler M. Teraoka, CA State Bar No. 339498
*Admitted Pro Hac Vice*
Patrick.Kearns@wilsonelser.com
Chandler.Teraoka@wilsonelser.com

# CERTIFICATE OF SERVICE

This is to certify that the undersigned caused the foregoing **DEFENDANT AMERICAN AIRLINES GROUP, INC.'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT EARLY DISCOVERY** to be filed and served on all counsel of record using the CM/ECF filing system:

| | |
|---|---|
| Paul T. Llewellyn and Erin H. Reding<br>LEWIS & LLEWELLYN LLP<br>601 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Telephone: (415) 800-0590<br>Facsimile: (415) 390-2127<br>Email: pllewellyn@lewisllewellyn.com<br>ereding@lewisllewellyn.com<br>*Counsel for Plaintiff Jane Doe, Admitted Pro Hac Vice* | John R. Buric and John R. Brickley<br>JAMES, McELROY & DIEHL, P.A.<br>525 N. Tryon Street, Suite 700<br>Charlotte, North Carolina 28202<br>Telephone: (704) 372-9870<br>Facsimile: (704) 333-5508<br>Email: jburic@jmdlaw.com<br>jbrickley@jmdlaw.com<br>*Counsel for Plaintiff Jane Doe* |

This 30th day of January 2024.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ *Kathryn A. Grace*
Kathryn A. Grace, N.C. Bar 52926
Kayla J. Jones, N.C. Bar 54874
525 North Tryon Street, Suite 1600
Charlotte, NC 28202
T: 704-302-1330
F: 704-302-1331
E: Kathryn.Grace@wilsonelser.com
Kayla.Jones@wilsonelser.com
*Attorneys for Defendant American Airlines Group, Inc.*