UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JANE DOE, BY AND THROUGH HER PARENTS JANE ROE AND JOHN ROE,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES GROUP, INC. and DOES 1-10,<br><br>Defendants. | Case No.: 3:23-cv-819<br><br>**CONSENT ORDER** |

THIS MATTER is before the Court on the Parties' Motion for Approval of Consent Order, (Docket No. __). For the reasons stated in the motion, it is GRANTED.

On December 1, 2023, Plaintiff Jane Doe, by and through her parents Jane Roe and John Roe, filed a Complaint against American Airlines Group, Inc. (the "Airline") and Does 1-10 asserting claims against the Airline based on Doe 1's surreptitious filming of Plaintiff while she used the airplane toilet during a flight that originated from Charlotte, North Carolina. Plaintiff asserted that the Airline knew or should have known that the flight attendant was a danger.

On March 4, 2024, counsel for Defendant, American Airlines Group, Inc., wrote to Plaintiff's counsel and stated that American Airlines Group, Inc. is not the proper entity for this action. According to defense counsel, the proper entity is American Airlines, Inc.

On or about March 25, 2024, the parties corresponded and agreed that Plaintiff's counsel would submit a Consent Order substituting out American Airlines Group, Inc. for American Airlines, Inc.

On or about February 8, 2024, counsel for Defendant, American Airlines Group, Inc., informed Plaintiff's counsel that the proper name of the Doe 1 flight attendant is Estes Carter Thompson III.

1

On or about March 26, 2024, the parties corresponded and agreed that Plaintiff's counsel would submit a Consent Order substituting out Doe 1 for Estes Carter Thompson III.

Pursuant to the agreement between the parties, I find that American Airlines Group, Inc. is hereby substituted out of this action, and American Airlines, Inc. is hereby substituted into this action as a proper Defendant. I further find that, from this point forward, the parties shall modify the case caption, and any related documents, to name American Airlines, Inc. However, I also find that, up until this point, Plaintiff has not waived any rights against American Airlines, Inc. and has not been prejudiced in any way by previously naming American Airlines Group, Inc. as the relevant Defendant.

Pursuant to the agreement between the parties, I also find that Doe 1 is hereby substituted out of this action and Estes Carter Thompson III is hereby substituted into this action as a proper Defendant. I further find that, from this point forward, the parties shall modify the case caption, and any related documents, to name Estes Carter Thompson III.

IT IS THEREFORE ORDERED that the Motion for Consent Order (Docket No. ___) is GRANTED.

IT IS ORDERED.

Signed: _____

_____
Frank D. Whitney
United States District Judge

WE CONSENT:

| | |
|---|---|
| **LEWIS & LLEWELLYN LLP** | **JAMES, McELROY & DIEHL, P.A.** |

*/s/ Paul T. Llewellyn*
Paul T. Llewellyn, CA State Bar No. 216887
*Admitted Pro Hac Vice*
pllewellyn@lewisllewellyn.com
Erin H. Reding, CA State Bar No. 252691
*Admitted Pro Hac Vice*
ereding@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

*Counsel for Plaintiff Jane Doe*

*/s/ John R. Buric*
John R. Buric, N.C. State Bar No. 22688
jburic@jmdlaw.com
John R. Brickley, N.C. State Bar No. 41126
jbrickley@jmdlaw.com
525 N. Tryon Street, Suite 700
Charlotte, North Carolina 28202
Telephone: (704) 372-9870

*Counsel for Plaintiff Jane Doe*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Kathryn A. Grace*
Kathryn A. Grace, N.C. Bar 52926
kathryn.grace@wilsonelser.com
Kayla J. Jones, N.C. Bar 54874
kayla.jones@wilsonelser.com
525 North Tryon Street, Suite 1600
Charlotte, NC 28202
T: 704-302-1330

*Counsel for Defendant American Airlines Group, Inc.*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Patrick J. Kearns*
Patrick J. Kearns, CA State Bar No. 216887
*Admitted Pro Hac Vice*
patrick.kearns@wilsonelser.com
Chandler M. Teraoka, CA State Bar No. 252691
*Admitted Pro Hac Vice*
chandler.teraoka@wilsonelser.com
401 West A Street, Suite 1900
San Diego, CA 92101

*Counsel for Defendant American Airlines Group, Inc.*