IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-819-FDW-DCK

| JANE DOE, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| AMERICAN AIRLINES GROUP INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion To Substitute Defendants" (Document No. 23) filed April 4, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion To Substitute Defendants" (Document No. 23) is **GRANTED**. American Airlines Group Inc. and Doe 1 are substituted out of this action, and American Airlines, Inc. and Estes Carter Thompson, III are hereby substituted into this action as proper Defendants. The Clerk shall modify the case caption to reflect Defendants American Airlines, Inc. (in place of American Airlines Group Inc.) and Estes Carter Thompson, III (in place of Doe 1).

**SO ORDERED**.

Signed: April 4, 2024

David C. Keesler
United States Magistrate Judge