UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

JANE DOE, BY AND THROUGH HER PARENTS
JANE ROE AND JOHN ROE

   *Plaintiff*   )
   v.     )  Civil Action No. 3:23-CV-819
         )
AMERICAN AIRLINES, INC.; ESTES CARTER )
THOMPSON, III; and DOES 2-10  )
         )
         )
   *Defendant*  

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
  AMERICAN AIRLINES, INC.
  c/o Kathryn A. Grace
  Wilson Elser Moskowitz Edelman & Dicker, LLP
  8444 Westpark Drive, Suite 510
  McLean, VA 22102

  **A lawsuit has been filed against you.**

  **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

  John R. Buric and John R. Brickley
  James, McElroy & Diehl, P.A.
  525 N. Tryon Street, Suite 700
  Charlotte, NC 28202

*(signature)*
Katherine Hord Simon, Clerk
United States District Court

Date: 05/07/2024

**Civil Action No.** 3:23-CV-819

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)* _____
**was received by me on** *(date)* _____.

❏    **I personally served the summons on the defendant at** *(place)*_____
**on** *(date)* _____; or

❏    **I left the summons at the individual's residence or usual place of abode with** *(name)* _____, **a person of suitable age and discretion who resides there, on** *(date)* _____, **and mailed a copy to the individual's last known address; or**

❏    **I served the summons on** *(name of individual)* _____,
**who is designated by law to accept service of process on behalf of** *(name of organization)* _____ **on** *(date)* _____; or

❏    **I returned the summons unexecuted because** _____; or

❏    **Other** *(specify)***:**
_____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of $**_____.

**I declare under penalty of perjury that this information is true.**

**Date:**_____            _____
                                                                                             **Server's signature**

                                                                         _____
                                                                            **Printed name and title**

                                                                         _____
                                                                              **Server's address**

**Additional information regarding attempted service, etc:**