IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-819-FDW-DCK

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| AMERICAN AIRLINES, INC., ) | |
| ESTES CARTER THOMPSON III, and ) | |
| DOES 2-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Modify Case Management Order" (Document No. 27) filed May 9, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Whitney's chamber, the undersigned will deny the motion.

The parties are respectfully reminded that the Case Management Order includes the following direction: "the Court preauthorizes the parties to stipulate to the taking of discovery beyond the discovery completion deadline provided that any such extension expires not later than fourteen (14) calendar days prior to the scheduled trial term and a joint stipulation memorializing the extension is filed on the record." (Document No. 21, p. 2). However, "[s]tipulated extensions of the deadline for completion of all discovery will not alter the dates and deadlines for filing, briefing, and hearing dispositive motions, nor do they provide grounds for a continuance of a trial setting." Id. at n. 1.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Modify Case Management Order" (Document No. 27) is **DENIED**.

**SO ORDERED**.

Signed: May 9, 2024

David C. Keesler
United States Magistrate Judge