# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No. 3:23-cv-819-FDW-DCK

| | |
|---|---|
| JANE DOE, BY AND THROUGH HER PARENTS JANE ROE AND JOHN ROE, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN AIRLINES, INC., ESTES CARTER THOMPSON, III; and DOES 2-10, <br><br> Defendants. | JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES |

Having met and conferred regarding the current case schedule, Plaintiff Jane Doe, by and through her parents Jane Roe and John Roe, and Defendant American Airlines, Inc., hereby stipulate and request as follows:

WHEREAS, on December 1, 2023, Plaintiff filed her Complaint in this matter asserting claims for: (1) invasion of privacy; (2) civil liability for criminal act of secretly peeping; (3) intentional infliction of emotional distress; (4) negligent infliction of emotional distress against Defendant Estes Carter Thompson, III; (5) negligent hiring, supervision, or retention; and (6) negligent infliction of emotional distress against Defendant American Airlines, Inc.;

WHEREAS, this matter is set to proceed to a jury trial on March 3, 2025;

WHEREAS, Plaintiff and American Airlines previously filed a Joint Motion to Modify the Case Management Order;

WHEREAS, the Court denied the Joint Motion but indicated that "stipulated extensions of the deadline for completion of all discovery will not alter the dates and deadlines for filing, briefing, and hearing dispositive motions, nor to they provide grounds for a continuance of a trial setting," and

WHEREAS, Defendant Estes Carter Thompson III is currently in federal custody and therefore, Plaintiff and American Airlines have been unable to engage in a meet and confer with Mr. Thompson on this topic;

THE PARTIES HEREBY STIPULATE AND REQUEST THAT the following deadlines be extended as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Report – Plaintiff | June 20, 2024 | August 23, 2024 |
| Expert Report – Defendant | July 18, 2024 | September 20, 2024 |
| Discovery Completion | August 15, 2024 | October 18, 2024 |
| ADR | August 29, 2024 | November 1, 2024 |

[Signatures on following page]

This the 20th day of May, 2024.

**JAMES, McELROY & DIEHL, P.A.**

*s/ John R. Buric*
John R. Buric, N.C. State Bar No. 22688
John R. Brickley, N.C. State Bar No. 41126
525 N. Tryon Street, Suite 700
Charlotte, North Carolina 28202
Telephone: (704) 372-9870
Facsimile: (704) 333-5508
Email: jburic@jmdlaw.com
jbrickley@jmdlaw.com
*Counsel for Plaintiff Jane Doe*

**LEWIS & LLEWELLYN LLP**

*s/ Paul T. Llewellyn*
Paul T. Llewellyn, CA State Bar No. 216887
*Admitted Pro Hac Vice*
Erin H. Reding, CA State Bar No. 252691
*Admitted Pro Hac Vice*
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile: (415) 390-2127
Email: pllewellyn@lewisllewellyn.com
ereding@lewisllewellyn.com
*Counsel for Plaintiff Jane Doe*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*s/ Kathryn A. Grace*
Kathryn A. Grace, N.C. Bar 52926
Kayla J. Jones, N.C. Bar 54874
227 West Trade Street, Suite 300
Charlotte, North Carolina 28202
Telephone: (704) 302-1330
Facsimile: (704) 302-1331
Email: kathryn.grace@wilsonesler.com
kayla.jones@wilsonesler.com

Patrick J. Kearns, *admitted Pro Hac Vice*
Chandler Teraoka, *admitted Pro Hac Vice*
401 West A Street, Suite 1900
San Diego, California 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201
Email: Patrick.kearns@wilsonesler.com
Chandler.teraoka@wilsonesler.com
*Counsel for Defendant American Airlines, Inc.*

# [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, and good cause showing, it is hereby

ORDERED that the following deadlines shall be extended as follows:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert Report – Plaintiff | June 20, 2024 | August 23, 2024 |
| Expert Report – Defendant | July 18, 2024 | September 20, 2024 |
| Discovery Completion | August 15, 2024 | October 18, 2024 |
| ADR | August 29, 2024 | November 1, 2024 |

All other pre-trial dates shall remain unchanged.

IT IS SO ORDERED.

DATED: May ____, 2024

_____

Frank D. Whitney
United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that this **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES** has this date been served as follows:

By filing such document on the Court's CM/ECF system, which will transmit notification of such filing, constituting service thereof, to Defendant American Airlines, Inc.'s counsel of record as follows:

Kathryn Anne Grace – Kathryn.Grace@wilsonelser.com

Kayla Joanne Jones – kayla.jones@wilsonelser.com

Patrick J. Kearns – partick.kearns@wilsonelser.com

Chandler M. Teraoka – chandler.teraoka@wilsonelser.com

By depositing a copy thereof in the United States Mail, sufficient first-class postage prepaid, addressed as follows to Estes Carter Thompson, III:

Estes Carter Thompson, III
1228 Duncan Gardens Drive
Charlotte, NC 28206

Estes Carter Thompson, III
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

This the 20th day of May, 2024.

| LEWIS & LLEWELLYN LLP | JAMES, McELROY & DIEHL, P.A. |
|---|---|
| s/ Paul T. Llewellyn | s/ John R. Buric |
| Paul T. Llewellyn, CA State Bar No. 216887 | John R. Buric, N.C. State Bar No. 22688 |
| *Admitted Pro Hac Vice* | John R. Brickley, N.C. State Bar No. 41126 |
| Erin H. Reding, CA State Bar No. 252691 | 525 N. Tryon Street, Suite 700 |
| *Admitted Pro Hac Vice* | Charlotte, North Carolina 28202 |
| 601 Montgomery Street, Suite 2000 | Telephone: (704) 372-9870 |
| San Francisco, California 94111 | Facsimile: (704) 333-5508 |
| Telephone: (415) 800-0590 | Email: jburic@jmdlaw.com |
| Facsimile: (415) 390-2127 | jbrickley@jmdlaw.com |
| Email: pllewellyn@lewisllewellyn.com | *Counsel for Plaintiff Jane Doe* |
| ereding@lewisllewellyn.com | |
| *Counsel for Plaintiff Jane Doe* | |