UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-00819-FDW-DCK

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DOES 2-10, ) | |
| AMERICAN AIRLINES, INC., AND ) | |
| ESTES CARTER THOMPSON III, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Parties' Joint Motion to Approve Confidential Minor Settlement. (Doc. No. 32.) The Court held a hearing on the Motion on February 26, 2025. For the reasons stated on the record at the hearing, the Court concludes the confidential settlement agreement—including the fee arrangement between Plaintiff and counsel—is fair, reasonable and in the best interest of the minor Plaintiff. Therefore, the Parties' Motion is **GRANTED**.

At the hearing, Plaintiff requested leave of Court to deposit the balance of the proceeds of the settlement amount in an investment account to be managed by Plaintiff's uncle, who is a financial professional. Plaintiff seeks to invest the settlement proceeds consistent with one of several proposed investment plans, rather than deposit them with the Clerk of Court. The Court reviewed the investment plans at the hearing and approves of the settlement proceeds being deposited consistent with any of those plans, subject to the discretion of Plaintiff's parents and investment professionals. Therefore, the Court will not direct that the money be deposited with the Clerk of Court.

**IT IS THEREFORE ORDERED** that the Parties' Joint Motion to Approve Confidential Minor Settlement, (Doc. No. 32), is **GRANTED**.

**IT IS FURTHER ORDERED** that the settlement proceeds be deposited in an investment plan consistent with the terms of this Order, and not with the Clerk of Court.

**IT IS FURTHER ORDERED** that the parties are **DIRECTED** to file a stipulation of dismissal consistent with the Federal Rules of Civil Procedure and the terms of the settlement agreement no later than 9:00 a.m. on Monday, March 3, 2025. If the parties have not filed a stipulation by this deadline, at least one attorney for each party that has appeared in this matter must appear at Docket Call.

**IT IS SO ORDERED.**

Signed: February 28, 2025

Frank D. Whitney
United States District Judge