IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-819-FDW-DCK

| | |
|---|---|
| JANE DOE, BY AND THROUGH HER PARENTS, JANE ROE AND JOHN ROE,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN AIRLINES GROUP INC., ESTES CARTER THOMPSON, III, AND DOES 2-10,<br>Defendant. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Jane Doe, by and through her parents, Jane Roe and John Roe, and Defendant American Airlines Group, Inc. by and through their respective attorneys, jointly stipulate and agree that the above-captioned action, including all claims asserted against the Defendants therein, be dismissed with prejudice. The parties shall bear their own fees and costs.

Respectfully submitted this the 5th day of March, 2025.

[SIGNATURE BLOCKS TO APPEAR ON NEXT PAGE]

| | |
|---|---|
| /s/ John R. Buric<br>John R. Buric<br>NC Bar No.: 22688<br>John R. Brickley<br>NC Bar No.: 41126<br>James, McElroy & Diehl P.A.<br>525 N. Tryon Street, Suite 700<br>Charlotte, North Carolina 28202<br>jburic@jmdlaw.com<br>jbrickley@jmdlaw.com<br><br>/s/ Paul T. Llewellyn<br>Paul T. Llewellyn<br>CA Bar No. 216887<br>*Admitted Pro Hac Vice*<br>Erin Redding<br>CA Bar No.: 252691<br>*Admitted Pro Hac Vice*<br>Lewis & Llewellyn LLP<br>601 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>pllewellyn@lewisllewellyn.com<br>ereding@lewisllewellyn.com<br><br>*Attorneys for Plaintiffs* | /s/ William M. Starr<br>William M. Starr<br>NC Bar No.: 31813<br>Baker, Donelson, Bearman, Caldwell, & Berkowitz, PC<br>101 South Tryon Street, Suite 3600<br>Charlotte, North Carolina 28280<br>Direct: (980) 256-6293 \| Cell: (919) 672-2323<br>bstarr@bakerdonelson.com<br><br>*Attorney for Defendant American Airlines Group, Inc.* |

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that he has served a copy of the foregoing document upon counsel of record by CM/ECF.

s/ William M. Starr<br>
William M. Starr

March 5, 2025.